JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00692 DLJ |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO FEBRUARY 20, |
| v. ) | 2009 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND ORDER |
| LOGAN O. JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The above-captioned matter is set on January 30, 2009 before this Court for a status hearing.  The parties request that this Court continue the hearing to February 20, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 20, 2009.

    The reason for the request is counsel for defendant needs to obtain privileged medical records pertaining to the defendant and to investigate whether the records would impact the defendant's sentencing guidelines.  Counsel for the defendant believes that a continuance until

Stip. Req. To Continue Hearing Date to February
20 and to Exclude Time And [Proposed] Order,
No. CR-08-692 DLJ                                    1

February 20, 2009 will allow adequate time to obtain the records. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and February 20, 2009 under the Speedy Trial Act for reasonable time necessary for effective preparation.

DATED: January 22, 2009

_____/S/_____  _____/S/_____
JOSHUA HILL                                                LAURA ROBINSON
Assistant United States Attorney               Counsel for Defendant
Counsel for United States

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the status hearing in this matter is continued from January 30, 2009 to February 20, 2009, and that time between January 22, 2009 and February 20, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: January 23, 2009

_____
HON. D. LOWELL JENSEN
United States District Judge