JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00692 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR WAIVER OF TIME PROVISIONS OF 18 U.S.C. § 3161 AND SETTING DATE FOR CHANGE OF PLEA |
| vs. | ) | |
| LOGAN O. JOHNSON, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Laura Robinson, that the next hearing on this matter shall be for change of plea and shall be set for April 10, 2009 at 9:00 a.m.  This matter presently is set for a status conference on March 13, 2009; the parties request that the status conference be vacated.  The reason for the request is that defendant's counsel is pursuing psychiatric and medical records for further investigation.

    The parties further agree to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161. Defendant's waiver of time is based on the need for continuity of counsel and reasonable time

Stip and [Proposed] Order                                      1

1  necessary for effective preparation.  The defense agrees that the waiver covers all time between

2  February 20, 2009 and April 10, 2009.

3  IT IS SO STIPULATED:

4  Dated: March 9, 2009                                 /s/ Laura Robinson
                                                        LAURA ROBINSON
5                                                       *Attorney for Defendant*

6

7  Dated: March 9, 2009                                 /s/ Joshua Hill
                                                        JOSHUA HILL
8                                                       Assistant United States Attorney

9

10                                      **ORDER**

11       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under 18

12  U.S.C. § 3161(b) are waived, and the parties shall appear for a change of plea in this matter on

13  April 10, 2009 at 9:00 a.m.

14

15  Dated: March 9, 2009                                _____
                                                        HONORABLE D. LOWELL JENSEN
16                                                      United States District Court Judge

Stip and [Proposed] Order                    2