JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00692 DLJ |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | SENTENCING DATE TO SEPTEMBER |
| v. ) | 11, 2009 AND **ORDER** |
| ) | |
| LOGAN O. JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The above-captioned matter is set on July 10, 2009 at 10:00 a.m. before this Court for a sentencing hearing. The parties request that this Court continue the sentencing hearing to September 11, 2009 at 10:00 a.m.

    The reason for the request is to provide the defense with additional time to prepare for the sentencing. Counsel for the defendant believes that a continuance will allow adequate time for effective preparation. Moreover, the earliest practicable date on which the Court and the parties are available is September 11, 2009. Accordingly, the parties request that the sentencing in this

1  matter be continued to September 11, 2009 at 10:00 a.m.

2  DATED: July 1, 2009

5  _____/S/_____         _____/S/_____
   JOSHUA HILL                                LAURA ROBINSON
   Assistant United States Attorney           Counsel for Defendant
6  Counsel for United States

9  **ORDER**

10  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

11  sentencing hearing in this matter is continued from July 10, 2009 to September 11, 2009 at 10:00

12  a.m.

14  DATED: July 8 , 2009                        _____
                                                HON. D. LOWELL JENSEN
15                                              United States District Judge

Stip. Req. To Continue Sentencing Date to
September 11 And [Proposed] Order, No.
CR-08-692 DLJ                                   2