**LAURA ROBINSON**
CA State Bar No. 135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, CA  94611
Tel (510) 384-8563
Fax (510) 439-5314
Lsrobinson@juno.com

Counsel for Defendant Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-692-DLJ |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| LOGAN JOHNSON, | ) | |
| Defendant. | ) | |

Defendant, by and through his attorney of record, and plaintiff, by and through its attorney of record, hereby stipulate and ask the Court to find as follows:

1. Sentencing in this matter is currently scheduled for 10:00 a.m. on September 11, 2009.

2. The parties request that this hearing be continued until 10:00 a.m. on October 30, 2009, in order to provide the defense with additional time to prepare for the sentencing.

3. The parties believe that failure to grant the above-requested continuance would deny defendant continuity of counsel, would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: August 31, 2009 |
| 3 | _____<br>/S/<br>LAURA ROBINSON |
| 4 | Attorney for Defendant<br>Logan Johnson |
| 5 | |
| 6 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 7 | Attorney of the United States of America |
| 8 | Dated:  August 24, 2009 |
| 9 | _____<br>/S/<br>JOSHUA HILL |
| 10 | Assistant United States Attorney |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF CALIFORNIA
3   OAKLAND DIVISION
4
5   UNITED STATES OF AMERICA,    )   No. CR 08-692-DLJ
                                 )
6              Plaintiff,        )
                                 )   **ORDER CONTINUING SENTENCING**
7   vs.                          )
                                 )
8   LOGAN JOHNSON,               )
                                 )
9              Defendant.        )
    _____ )
10
11                              **ORDER**
12  IT IS ORDERED THAT:
13
14  1.   The currently scheduled September 11, 2009 sentencing is vacated.  A sentencing
         hearing is now scheduled for October 30, 2009 at 10:00 a.m.
15
16
17
18  DATED: August 31, 2009    _____
                              HONORABLE  D. LOWELL JENSEN
19                            UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26

3